JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKSTONE EQUIPMENT FINANCING, L.P., fka BLACKSTONE CAPITAL PARTNERS, L.P., a California Limited Partnership,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CIRCLE MJ CONSTRUCTION, INC., a Washington corporation; and PATRICK J. MICHIELLI, III,<br><br>　　　　　Defendants. | Case No. SA CV 11 00570 JST (MLGx)<br><br>**JUDGMENT FOR POSSESSION OF EQUIPMENT** |

JUDGMENT IS HEREBY ENTERED in favor of Plaintiffs against Defendants for possession of the following described equipment:

　　1999 Beal Alum Pup Trailer　　1BN1P1532XK011856

Dated: July 23, 2012

_____
Hon. Josephine Staton Tucker
United States District Judge